# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO.: 1:22-cv-02563-STV

FABIOLA MUNOZ,

    Plaintiff,

v.

A&A ENTERPRISE OF DENVER, INC.
D/B/A STAYBRIDGE SUITES DENVER DOWNTOWN,

    Defendants.

## JOINT NOTICE OF SETTLEMENT

    Plaintiff, FABIOLA MUNOZ, and Defendant, A&A ENTERPRISE OF DENVER, INC. D/B/A STAYBRIDGE SUITES DENVER DOWNTOWN, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to these defendants.

Respectfully submitted this March 14, 2023.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Joseph R. Kummer* |
| ANTHONY J. PEREZ, ESQ. | JOSEPH R. KUMMER |
| GARCIA-MENOCAL & PEREZ, P.L. | JACHIMIAK PETERSON KUMMER, LLC |
| 1600 Broadway | 860 Tabor Street, Suite 200 |
| Denver, Colorado 80202 | Lakewood, CO 80401 |
| Telephone: (305) 553- 3464 | Phone: 303.863.7700 |
| Email: ajperez@lawgmp.com | Email: jkummer@jpk.law |

1

*Attorney for Plaintiff*          *Attorney for Defendant* A&A ENTERPRISE OF DENVER, INC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this March 14, 2023.

                                           Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; dramos@lawgmp.com

By:  */s/ Anthony J. Perez*
      ANTHONY J. PEREZ