**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CASE NO.: 1:22-cv-02563-STV

FABIOLA MUNOZ,

    Plaintiff,

v.

A&A ENTERPRISE OF DENVER, INC.
D/B/A STAYBRIDGE SUITES DENVER DOWNTOWN,

    Defendants.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
---

Plaintiff, FABIOLA MUNOZ, and Defendant, A&A ENTERPRISE OF DENVER, INC. D/B/A STAYBRIDGE SUITES DENVER DOWNTOWN, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on April 11, 2023.

| | |
|---|---|
| */s/ Anthony J. Perez*<br>ANTHONY J. PEREZ, ESQ.<br>GARCIA-MENOCAL & PEREZ, P.L.<br>1600 Broadway<br>Denver, CO 80202<br>Telephone: (305) 553-3464<br>Email: ajperez@lawgmp.com<br>*Attorney for Plaintiff* | */s/ Joseph R. Kummer*<br>JOSEPH R. KUMMER<br>JACHIMIAK PETERSON KUMMER, LLC<br>860 Tabor Street, Suite 200<br>Lakewood, CO 80401<br>Phone: 303.863.7700<br>Email: jkummer@jpk.law<br>*Attorney for Defendant* A&A ENTERPRISE OF DENVER, INC |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on April 11, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dramos@lawgmp.com
bvirues@lawgmp.com


By: ___/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ